**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

v.

ACE-USC/ESIS & Grancell, Lebovitz, Stander, Reubens & Thomas.,

    Defendants.

No. C 13-80296 JSW

**ORDER RESERVING RULING ON PRE-FILING REVIEW**

The Court is under the obligation to pre-review the complaint filed by John Shek on December 30, 2013. On December 12, 2013, in *Shek v. Children Hospital & Research Center in Oakland, et al.*, C 13-2017 WHA, Plaintiff was declared a vexatious litigant. However, John Shek has appealed this order. Therefore, the Court will defer ruling on whether Mr. Shek may file his complaint in the instant action until the Ninth Circuit resolves Mr. Shek's appeal of the vexatious litigant order.

**IT IS SO ORDERED.**

Dated: March 26, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

        Plaintiff,

  v.

ACE-USC/ESIS & Grancell, Lebovitz Stander, Reubens & Thomas,

        Defendant.

Case Number: CV13-80296 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Shek
2220 Santiago Street
San Francisco, CA 94116

Dated: March 26, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk