IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

    v.

ACE-USA/ESIS & GRANCELL, LEBOVITZ, STANDER, REUBENS & THOMAS,

    Defendants.

No. C 13-80296 JSW

**ORDER RE PRE-FILING REVIEW AND DISMISSING COMPLAINT**

The Court is under the obligation to pre-review the complaint filed by John Shek December 30, 2013. On December 12, 2013, in *Shek v. Children Hospital Research Center in Oakland, et al.*, C 13-02017 WHA, Plaintiff was declared a vexatious litigant. The order declaring Shek a vexatious litigant was affirmed by the Ninth Circuit Court of Appeals on January 21, 2015. Therefore, before filing any more actions of a similar nature, Shek must seek leave of court. The allegations in Shek's complaint filed on December 30, 2013 fail to state any non-frivolous claim. Therefore, leave to file is DENIED and this matter is DISMISSED.

**IT IS SO ORDERED.**

Dated: July 30, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE